43256. RAYNOR v. ZACHARY, Receiver.

EBERHARDT, Judge. The sustaining of a general demurrer to the defendant's answer or to his special plea of failure of consideration is not a final judgment. *Dove v. Maxwell,* 184 Ga. 460 (191 SE 916); *Hood v. Akins,* 114 Ga. App. 733 (152 SE2d 704); *Parish v. Ga. R. Bank &c. Co.,* 115 Ga. App. 540 (154 SE2d 750); *Johnson v. Battle,* 120 Ga. 649 (2) (48 SE

128). Accordingly, since no final judgment is appealed from, the appeal must be

Dismissed. *Felton, C. J., and Whitman, J., concur.*

SUBMITTED JANUARY 3, 1968—DECIDED JANUARY 10, 1968.

J. E. B. Stewart, for appellant.
W. E. Zachary, for appellee.